**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADCOM TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLOMON TECHNOLOGY SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00031-BLF<br><br>**ORDER SUBMITTING MOTION TO DISMISS OR TRANSFER WITHOUT ORAL ARGUMENT; VACATING HEARING; TERMINATING AS MOOT DEFENDANTS' REQUEST FOR LEAVE TO APPEAR AT HEARING TELEPHONICALLY; AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[RE:  ECF 7, 19] |

　　The Court concludes that Defendants' motion to dismiss or transfer, currently set for hearing on May 14, 2015, is appropriate for submission without oral argument. *See* Civ. L.R. 7-1(b).  Accordingly, the motion is hereby SUBMITTED and the hearing is VACATED.

　　Defendants' motion to appear at the hearing telephonically is DENIED AS MOOT.

　　The initial case management conference set for May 14, 2015 is CONTINUED to July 16, 2015 at 1:30 p.m.

　　**IT IS SO ORDERED.**

Dated:  April 21, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge